**VIRGINIA & AMBINDER, LLP**
Charles R. Virginia, Esq.
Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE B.A.C. LOCAL 4 PENSION FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY,<br><br>                                                            Plaintiffs,<br><br>-against-<br><br>LESTER BAILEY & ASSOCIATES, INC.,<br><br>                                                            Defendant. | 18-CV-9399 (RMB)(KMW)<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action hereby be dismissed in its entirety without prejudice.

Dated: New York, New York
        November 6, 2018                         **VIRGINIA & AMBINDER, LLP**

                                        By:      /s/Nicole Marimon
                                                 Charles R. Virginia, Esq.
                                                 Nicole Marimon, Esq.
                                                 *Attorneys for Plaintiffs*
                                                 40 Broad Street, 7th Floor
                                                 New York, New York 10004
                                                 Office Tel. No.: (212) 943-9080